**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1719**

RAMEZ GHAZZAOUI,

              Plaintiff - Appellant,

       v.

ANNE ARUNDEL COUNTY, MARYLAND; OFFICER DWAYNE RAIFORD;
CORPORAL DOYLE HOLQUIST,

              Defendants - Appellees,

       and

ANNE ARUNDEL COUNTY POLICE DEPARTMENT,

              Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
George Jarrod Hazel, District Judge.  (1:14-cv-01410-GJH)

Submitted:  February 1, 2019                          Decided:  February 8, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ramez Ghazzaoui, Appellant Pro Se. Philip E. Culpepper, ANNE ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramez Ghazzaoui appeals the denial of relief on his 42 U.S.C. § 1983 (2012) complaint following a jury trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ghazzaoui v. Anne Arundel Cty., Md.*, No. 1:14-cv-01410-GJH (D. Md. May 4, 2017; Nov. 30, 2017; filed June 5, 2018 & entered June 6, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*